Before PHILLIPS, JONES and BREITENSTEIN, Circuit Judges.

Term, 1965, Decided June 20, 1966, 384 U.S. 808, 86 S.Ct. 1800, 16 L.Ed.2d 944, in which the Supreme Court held that grounds for removal of civil rights cases to the United States District Court under 28 U.S.C.A. § 1443, do not include such grounds as are alleged in this case.

Affirmed.

Sheldon **TRAPP** et al., Appellants,

v.

**STATE OF MISSISSIPPI**, Appellee.

No. 22196.

United States Court of Appeals
Fifth Circuit.

Aug. 1, 1966.

Bruce C. Waltzer, Benjamin E. Smith, New Orleans, La., L. H. Rosenthal, Jackson, Miss., for appellants.

J. A. Travis, Jr., E. W. Stennett, Robt. G. Nichols, Jr., Thomas H. Watkins, Elizabeth W. Grayson, Jackson, Miss., Joe T. Patterson, Atty. Gen. of State of Mississippi, Jackson, Miss., for appellee.

Before JONES and BELL, Circuit Judges, and BREWSTER, District Judge.

PER CURIAM:

This appeal is controlled by Peacock et al. v. City of Greenwood, Miss., October

**PEOPLE OF the STATE OF CALIFORNIA, C. J. Fitzharris, Superintendent, etc.,** Appellants,

v.

**Herman TAPIA, Jr.,** Appellee.

No. 21073.

United States Court of Appeals
Ninth Circuit.

Aug. 5, 1966.

Thomas C. Lynch, Atty. Gen., Robert R. Granucci, Clifton R. Jeffers, Deputy Attys. Gen., San Francisco, Cal., for appellant.

John Mallick, Berkeley, Cal., for appellee.

Before JERTBERG, DUNIWAY and ELY, Circuit Judges.

PER CURIAM:

The order appealed from is reversed. Johnson v. State of New Jersey, 384 U.S. 719, 86 S.Ct. 1772, 16 L.Ed.2d 882; Miranda v. State of Arizona, 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694.